IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 23-CR-10011 |
| | ) | |
| v. | ) | VIOLATION: |
| | ) | |
| TYLER W. MASSENGILL, | ) | 18 U.S.C. § 844(i) |
| | ) | |
| Defendant. | ) | |

# I N F O R M A T I O N

The United States Attorney charges:

## COUNT 1
### (Malicious Use of Fire and an Explosive to Damage, and Attempt to Damage, Property Used In and Affecting Interstate Commerce)

On or about January 15, 2023, at Peoria, in the Central District of Illinois and elsewhere,

**TYLER W. MASSENGILL,**

defendant herein, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and an explosive, a building used in interstate commerce and engaged in activity affecting interstate commerce, that is, the Planned Parenthood Peoria Health Center located at 2709 N. Knoxville Avenue, Peoria, Illinois.

In violation of Title 18, United States Code, Section 844(i).

UNITED STATES OF AMERICA
GREGORY K. HARRIS
UNITED STATES ATTORNEY

/s/ *Ronald L. Hanna*
Ronald L. Hanna
Assistant United States Attorney
211 Fulton Street, Suite 400
Peoria, Illinois 61602
Telephone (309) 671-7050