IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v

TYLER MASSENGER,
    Defendant.

Case Number: 1:23-CR-10011

## ORDER OF DETENTION

The Defendant appeared before this Court for a detention hearing on Thursday, February 16, 2023. The Government moved for detention of the Defendant pursuant to 18 U.S.C. § 3142(f)(1).

Defendant, through counsel, indicated to the Court that the Defendant waived the right to a detention hearing. Accordingly, pursuant to that waiver, this Court orders that the Defendant be DETAINED.

Pursuant to 18 U.S.C. § 3142, the Defendant "shall be detained" for the duration of the continuance. Accordingly, the Defendant shall be held in the custody of the United States Marshal until a detention hearing, if any, is held.

Pursuant to 18 U.S.C. § 3142(h)(i), the Court directs that the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; directs that the Defendant be afforded a reasonable opportunity for private consultation with counsel; and, on order of a court of the United States or on a request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver the Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

The Defendant is remanded into the custody of the United States Marshal.

Entered on February 16, 2023

s/Jonathan E. Hawley
U.S. MAGISTRATE JUDGE